IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WITT,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. et. al,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 08-0553 LJO DLB<br><br>**ORDER ON STIPULATION REGARDING COUNTERCLAIM**<br>(Doc. 26.) |

Based on the parties' stipulation, this Court ORDERS that defendant Real Time Resolutions, Inc. will neither seek a verdict or judgment on its counterclaim nor assert set off rights. At the parties' request, this Court will enter judgment as to Real Time's counterclaims, pursuant to this Court's June 16, 2008 order to dismiss Real Time's counterclaim.

This Court further ORDERS the parties to submit to ljoorders@caed.uscourts.gov in Word Perfect format proposed orders on all future stipulations.

IT IS SO ORDERED.

**Dated:     August 7, 2008**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

1