1

2

3

4

5

6

7               **IN THE UNITED STATES DISTRICT COURT**

8           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  KENNETH L WITT,                          CASE NO. CV-F-08-0553-LJO-DLB

11              Plaintiff,                   SCHEDULING CONFERENCE ORDER

12       v.                                  Rule 26 Disclosure:     October 30, 2008

13                                           Expert Disclosure:      March 2, 2009
    LOWE'S HOME CENTERS,
14                                           Supplemental
                                             Expert Disclosure:      March 12, 2009
15              Defendant.
    _____/       Non-expert
16                                           Discovery Cutoff:       March 27, 2009

17                                           Expert
                                             Discovery Cutoff:       May 8, 2009
18
                                             Pretrial
19                                           Motion Filing
                                             Deadline:               June 8, 2009
20
                                             Pretrial Motion
21                                           Hearing Deadline:       July 9, 2009

22                                           Settlement Conf.:       TBD

23                                           Pretrial Conf.:         Date:  August 4, 2009
                                                                     Time:  8:15 a.m.
24                                                                   Court.: 4 (LJO)

25                                           Jury Trial:             Date:  Sept. 14, 2009
                                             (4 days est.)           Time:  8:30 a.m.
26                                                                   Court.: 4 (LJO)
    _____/
27

28  ///

                                             1

On September 16, 2008 in Courtroom 4 (LJO), this Court conducted a mandatory scheduling conference. Plaintiff Kenneth L Witt ("Plaintiff") appeared by telephone by counsel Matthew DeVega. Defendant Experian Information Solutions, Inc. ( "Experian") appeared by telephone by counsel Cindy Andrew. Defendant Real Time Resolutions, Inc. ("Real Time") appeared by telephone by counsel Leslie Greathouse. Pursuant to Fed. R. Civ. P. 16(b), this Court sets a schedule for this action.

**1.      Amendments to Pleadings**

The parties do not intend to amend their respective pleadings.

**2.      Consent To Magistrate Judge**

Counsel for the parties do not consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

**3.      Fed. R. Civ. P. 26 Disclosures**

The parties shall exchange Fed. R. Civ. P. 26 initial disclosures no later than **October 30, 2008.**

**4.      Expert Witnesses**

Any expert witness disclosures shall be served no later than **March 2, 2009.**  Any supplemental expert witness disclosures shall be served no later than **March 12, 2009.**  Such disclosures must be made pursuant to F.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required thereunder.  In addition, F.R.Civ.P. 26(b)(4) and F.R.Civ.P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions.  Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness.  In particular, this Court will enforce preclusion of testimony or other evidence if F.R.Civ.P. 26(e) is not strictly complied with.

**5.      Discovery Cutoff**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **March 27, 2009.**  All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **May 8, 2009.**

///

**6.      Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served <u>and filed</u> no later than **June 8, 2009.**  All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **July 9, 2009.**

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

**7.      Mandatory Settlement Conference**

The parties shall call the Court at (559) 499-5990 if they wish to schedule a settlement conference.

**8.      Pretrial Conference**

A pretrial conference is set for **August 4, 2009 at 8:15 a.m.** in Courtoom 4 (LJO) of this Court. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281.  In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case.  The parties are further directed to submit an additional copy of their pretrial statement on a 3.5-inch computer disc formatted for WordPerfect 8.0, if possible.

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282.  The Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents.

**9.      Trial Date**

A jury trial is set for **September 14, 2009 at 8:30 a.m.** in Courtroom 4 (LJO).  The parties estimate that trial will last 4 days.

The parties' attention is directed to this Court's Local Rule 16-285.

**10.     Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case.  If the parties determine at any time that the schedule outlined in this order cannot

1  be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be

2  made, either by stipulation or by subsequent status conference.

3          Stipulations extending the deadlines contained herein will not be considered unless they are

4  accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish

5  good cause for granting the relief requested.

6          Failure to comply with this order shall result in the imposition of sanctions.

7          IT IS SO ORDERED.

8  **Dated:    September 16, 2008**                    **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28