Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Kenneth L. Witt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH L. WITT,** | Case No. 08-cv-00553 LJO DLB |
| Plaintiff, | **STIPULATION & ORDER TO CONTINUE DEADLINES FOR COMPLETION OF DISCOVERY** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC; and** | |
| **REAL TIME RESOLUTIONS, INC.,** | |
| Defendants. | |

Whereas, the parties need more time to complete discovery in this action;

Whereas, this is the first request to change the dates for completion of discovery set by this Court in the Scheduling Conference Order filed September 17, 2008;

Whereas, this proposal will not affect the deadlines for filing pre-trial motions (June 8, 2009) and for the hearing on pre-trial motions (July 9, 2009); the date for the pre-trial conference (August 14, 2009), or the jury trial date (September 14, 2009);

IT IS HEREBY STIPULATED that the date for disclosure of experts and their reports shall be April 3, 2009; the date for disclosure of supplemental experts shall be April 30, 2009; the date for the non-expert discovery cut-off shall be May 15, 2009; and the date for completion of expert discovery shall be May 29, 2009.

Dated:  February 27, 2009.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie &
BrewerLLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com
Attorney for Plaintiff Kenneth L. Witt

Dated:  February 27, 2009

/s/ Angela M. Taylor
Angela M. Taylor
JONES DAY
3 Park Plaza, Ste 1100
Irvine, CA 92614
Phone: (949) 553-7549
Fax: (949) 553-7539
email: angelataylor@jonesday.com
Attorneys for Experian Information Solutions,
Inc.

Dated February 27, 2009

/s/ Leslie A. Greathouse
Leslie A. Greathouse
Spencer Fane Britt & Browne, LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Ph:  (816) 474-8100
Fax:  (816) 474-3216
email:  lgreathouse@spencerfane.com
Attorneys for Defendant Real Time
Resolutions, Inc.

## ORDER

Based on the stipulation of the parties and for good cause shown, the parties' proposed

dates for completion of discovery are hereby approved.

Dated: March 5, 2009.

___/s/ Dennis L. Beck_____

United States Magistrate Judge