Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Kenneth L. Witt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH L. WITT,** | Case No. 08-cv-00553 LJO DLB |
| Plaintiff, | **ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. & REAL TIME RESOLUTIONS, INC. & REAL TIME RESOLUTIONS INC.'S COUNTERCLAIM** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC; and REAL TIME RESOLUTIONS, INC.,** | |
| Defendants. | |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff Kenneth L. Witt's claims against defendants Experian Information Solutions, Inc. and Real Time Resolutions, Inc. and Real Time Resolution Inc.'s counterclaim against Kenneth L. Witt are dismissed with prejudice and without costs to any party pursuant to FRCP 41 (a) (1).

Dated: May 7, 2009.

                                                                  /s/ Lawrence J. O'Neill
                                                         Judge of the U.S. District Court